IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUNE VANDERBILT,

                    Plaintiff,                    ORDER

    v.

                                                13-cv-711-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

---

      Plaintiff June Vanderbilt, an inmate at the Columbia County Jail in Portage, Wisconsin has filed a suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. With the exception of habeas corpus proceedings, the fee for civil actions filed after May 1, 2013 is $400 unless a litigant qualifies as indigent under the federal *in forma pauperis* statute, 28 U.S.C. § 1915, in which case the fee is $350. Plaintiff has submitted a motion for leave to proceed *in forma pauperis*, however the court cannot determine whether she is indigent for the purpose of filing complaint until she submits an inmate account statement for the six-month period immediately preceding the filing.

      Plaintiff's complaint was filed on October 10, 2013. Her inmate account statement should cover the six-month period beginning approximately April 10, 2013 (or from the day she began her period of incarceration, if that date is later than April 10, 2013) and ending approximately October 10, 2013.

      Plaintiff will have to provided a copy of her account statement if she intends to pursue her request for leave to proceed *in forma pauperis*. If plaintiff fails to submit the required

statement within the deadline set below, the court will assume she does not wish to proceed with this action and this case will be closed.

ORDER

IT IS ORDERED that plaintiff June Vanderbilt may have until November 27, 2013, in which to submit a certified copy of her inmate account statement beginning approximately April 10, 2013 and ending approximately October 10, 2013. If, by November 27, 2013, plaintiff fails to submit the required statement or show cause of her failure to do so, I will assume that she wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing her case at a later date.

Entered this 22nd day of November, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge